FEDERAL MOTORSHIP CORPORATION, Respondent, *v.* JOHNSON & HIGGINS, Respondent; UNITED STATES OF MEXICO, Appearing Specially, Appellant.

Submitted May 16, 1949; decided May 26, 1949.

*Monroe Collenburg, Frank Rashap* and *Irving I. Goldsmith* for motion.

*Cletus Keating, Louis J. Gusmano, Donald Havens* and *Thomas K. Roche* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements upon the ground that the order does not finally determine the action within the meaning of the Constitution.